MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Janosik_____ JAD

Case Number: __17-70450__

Date of Meeting: __9__/__15__/__17__          Recording # _____
Debtor(s) present ___ or Not Present __✓__ (__✓__ No Payments Made or ___ partial payments)
Attorney for debtor(s) __PRO SE_____ (Present_____ or Not Present_____)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

2nd MISS

No payments

FILED
2017 SEP 19 P 2:41
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD         __✓__ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting   OR _____ Conciliation Conf. OR __*Contested Hearing
        On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee