IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

N

In Re:

STEPHAN GERARD JANOSIK,

Bankruptcy No. 17-70450JAD

Debtor(s)

Chapter 13

## ORDER

AND NOW, this **22nd** day of **September, 2017**, IT APPEARS TO THE COURT THAT:

1. The above-captioned bankruptcy case was filed on **June 12, 2017.** A Section 341 Meeting Of Creditors was scheduled for **July 14, 2017.** On **July 19, 2017**, the Chapter 13 Trustee placed an entry on the docket at # **19** which stated that the Section 341 Meeting was not held and requested that the Clerk reschedule the Meeting.

2. A rescheduled Section 341 Meeting was scheduled for **September 15, 2017**. On **September 19, 2017** the Chapter 13 Trustee placed an entry on the docket at **#23** which stated that the Section 341 Meeting was not held and requested an order to show cause be entered.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT a **Rule To Show Cause Hearing IS SCHEDULED** for October 20, 2017 at 1:30 PM in Courtroom B, Penn Traffic Building, 319 Washington Street, Johnstown, PA, 15901\*, **TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO ATTEND SCHEDULED SECTION 341 MEETINGS**.

A **written response** to the Rule Hearing **SHALL BE FILED** by **October 13, 2017**. After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

sjk

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00013260

FILED
9/22/17 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-70450-JAD
Stephan Gerard Janosik                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz              Page 1 of 1              Date Rcvd: Sep 22, 2017
                              Form ID: pdf900         Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
db             Stephan Gerard Janosik,    934 Shamrock Lane,    Newry, PA  16665
14641923      +Evey & Black Attorneys,    401 Allegheny Street,    Hollidaysburg, PA 16648-2011
14652439      +Freedom Township Water & Sewer Authority,    131 Municipal Street,    East Freedom, PA 16637-8158
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Sep 23 2017 00:44:48     Ditech Financial LLC,
               PO BOX 0049,   Palatine, IL 60055-0001
14641921      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 23 2017 00:44:48     Ditech Financial LLC,
               Attn: Customer Service,    PO Box 6172,   Rapid City, SD 57709-6172
14681851       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 23 2017 00:47:57
               LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
               Acquisition LLC,    Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
14641922      +E-mail/Text: blegal@phfa.org Sep 23 2017 00:45:18      PHFA,   211 North Front Street,
               Harrisburg, PA 17101-1466
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*           +Freedom Township Water & Sewer Authority,    131 Municipal Street,    East Freedom, PA 16637-8158
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-5 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Freedom Township Water & Sewer Authority
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```