IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

STEPHAN GERARD JANOSIK,  :   Bankruptcy No. 17-70450JAD
:
:
:
Debtor.  :   Chapter 13

## ORDER OF COURT

AND NOW, this 23rd day of October, 2017, it hereby is **ORDERED, ADJUDGED**, and **DECREED** that the Clerk's Office of the U.S. Bankruptcy Court **IS DIRECTED TO SCHEDULE** one more § 341 Meeting of Creditors for debtor. If the debtor appears at the rescheduled § 341 Meeting, the case will go forward. If the debtor fails to appear at the rescheduled § 341 Meeting, then this case **WILL BE DISMISSED** without further hearing or order of court.

JEFFERY A. DELLER   sjk
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Debtor
Ronda J. Winnecour, Esq.
Office of the United States Trustee

00020733

FILED
10/23/17 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                                  Case No. 17-70450-JAD
Stephan Gerard Janosik                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: amaz                Page 1 of 1              Date Rcvd: Oct 23, 2017
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db              Stephan Gerard Janosik,    934 Shamrock Lane,    Newry, PA   16665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-5 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Freedom Township Water & Sewer Authority
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4