Form RSC13

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−70450−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Stephan Gerard Janosik
   934 Shamrock Lane
   Newry, PA 16665

Social Security No.:
   xxx−xx−1587

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Stephan Gerard Janosik<br>934 Shamrock Lane<br>Newry, PA 16665<br>Telephone number: | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| **DATE/TIME/LOCATION OF MEETING OF CREDITORS**<br>December 1, 2017<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 | **CONFIRMATION HEARING DATE/TIME/LOC**<br>December 1, 2017<br>09:00 AM<br>Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 10/23/17

BY THE COURT

Jeffery A. Deller
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 17-70450-JAD
Stephan Gerard Janosik                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: amaz              Page 1 of 1        Date Rcvd: Oct 23, 2017
                              Form ID: rsc13          Total Noticed: 8


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db             Stephan Gerard Janosik,    934 Shamrock Lane,    Newry, PA   16665
14641923      +Evey & Black Attorneys,    401 Allegheny Street,    Hollidaysburg, PA 16648-2011
14652439      +Freedom Township Water & Sewer Authority,    131 Municipal Street,   East Freedom, PA 16637-8158
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 24 2017 03:23:20      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2017 03:22:57      Ditech Financial LLC,
                PO BOX 0049,   Palatine, IL 60055-0001
14641921      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 24 2017 03:22:57      Ditech Financial LLC,
                Attn: Customer Service,    PO Box 6172,   Rapid City, SD 57709-6172
14681851       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 24 2017 03:34:05
                LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14641922      +E-mail/Text: blegal@phfa.org Oct 24 2017 03:23:28      PHFA,   211 North Front Street,
                Harrisburg, PA 17101-1466
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*            +Freedom Township Water & Sewer Authority,   131 Municipal Street,   East Freedom, PA 16637-8158
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-5 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Freedom Township Water & Sewer Authority
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```