MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

FILED
12/6/17 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Name: **Janosik** JAD
Case Number: **17-70450**
Date of Meeting: **12/1/17**   Recording # **01**
Debtor(s) present **X** or Not Present ___ (___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Pro Se** (Present **X** or Not Present ___)
Date of Plan at § 341: **6/12/17**   Applicable commitment period **X** 3 yrs ___ 5 yrs

SS to reinstate SSD following review of claim. This reinstatement will include back pay (retro). D has been unable to make plan pmts to date but will when the retroactive funds are provided to him.

Didcit sold mortage to Carrington post-petition

May sell home.

Tax returns not required.

**X** Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended   ___ Final   ___ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**X** Continued to:
   ___ 341 Meeting   OR   **✓** Conciliation Conf. OR ___ *Contested Hearing
   On **2/22/18** at **2:30** am/**pm** Location **3250**

Conciliation Conferece is continued to
JFebruary 22, 2018 at 2:30 pm in Room 3251 U.S.
Steel Tower, 600 Grant Street, Pittsburgh, PA.
Debtor to call in for conciliation at 412-258-3557

_____
Chapter 13 Trustee/Attorney for Trustee

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                          Case No. 17-70450-JAD
Stephan Gerard Janosik                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 1              Date Rcvd: Dec 06, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
db              Stephan Gerard Janosik,    934 Shamrock Lane,    Newry, PA   16665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-5 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Freedom Township Water & Sewer Authority
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4