# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

|  |  |
|---|---|
| Debtor: | STEPHAN GERARD JANOSIK |
| Case Number: | 17-70450-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/23/18 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#4 - Continued Confirmation of Plan FILED 6/12/2017 (N)
[Plan is Undated]
R / M #:  4 / 0

**Appearances:**

Debtor: Pro Se — *Did not appear*
Trustee: Winnecour / Pail / Katz
Creditor:

*Petition filed 6/12/17. No payments received since case filed. Plan payment was $300 so plan is $2400 in arrears.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

*Trustee request that case be dismissed. Does not appear that Debtor intends to prosecute the case.*