## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

STEPHAN GERARD JANOSIK,

Debtor(s)

Bankruptcy No. 17-70450JAD

Chapter 13

## ORDER

AND NOW, this **26th** day of **February 2018**, IT APPEARS TO THE COURT THAT:

A Conciliation Conference was scheduled for **February 22, 2018**. On **February 23, 2018**, the Chapter 13 Trustee filed the Conciliation Conference Meeting Minutes at **Doc. #39**. The Minutes indicate that the Meeting was not held and the debtor failed to attend. The Chapter 13 Trustee recommends dismissal of case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT a **Rule To Show Cause Hearing IS SCHEDULED** for **April 6, 2018**, at **10:00AM** in **Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901\***, TO DETERMINE WHY THE CASE SHOULD NOT BE DISMISSED FOR DEBTOR'S FAILURE TO APPEAR and FAILURE TO CURE PLAN ARREARS.

A **written response** to the Rule Hearing **SHALL BE FILED** by **March 28, 2018**. After review of the response, the Court may determine that the Rule has been answered and the Rule Hearing should be removed from the calendar. Parties should check the calendar posted on the Court's website one day prior to the Rule Hearing to determine if the Rule Hearing will be held.

JEFFERY A. DELLER    sjk
Chief U.S. Bankruptcy Court

\* NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00018580

FILED
2/26/18 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 17-70450-JAD
Stephan Gerard Janosik                                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz                Page 1 of 1                  Date Rcvd: Feb 26, 2018
                              Form ID: pdf900           Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.
db              Stephan Gerard Janosik,    934 Shamrock Lane,    Newry, PA  16665
cr             +The Bank of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
14641923       +Evey & Black Attorneys,    401 Allegheny Street,    Hollidaysburg, PA 16648-2011
14652439       +Freedom Township Water & Sewer Authority,    131 Municipal Street,    East Freedom, PA 16637-8158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 02:18:42      Ditech Financial LLC,
                 PO BOX 0049,    Palatine, IL 60055-0001
14641921       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 27 2018 02:18:42      Ditech Financial LLC,
                 Attn: Customer Service,    PO Box 6172,    Rapid City, SD 57709-6172
14681851        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 02:17:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14740931        E-mail/Text: blegal@phfa.org Feb 27 2018 02:19:15      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14641922       +E-mail/Text: blegal@phfa.org Feb 27 2018 02:19:15      PHFA,    211 North Front Street,
                 Harrisburg, PA 17101-1466
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
cr*             +Freedom Township Water & Sewer Authority,    131 Municipal Street,    East Freedom, PA 16637-8158
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED
               CERTIFICATES, SERIES 2004-5 bkgroup@kmllawgroup.com
              Jeffrey A. Muriceak    on behalf of Creditor    Freedom Township Water & Sewer Authority
               jmuriceak@eveyblack.com, choover@eveyblack.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4