# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

- **Debtor:** STEPHAN GERARD JANOSIK
- **Case Number:** 17-70450-JAD     **Chapter:** 13
- **Date / Time / Room:** FRIDAY, APRIL 06, 2018 10:00 AM    COURTROOM B
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** SCOTT KOZAR
- **Reporter / ECR:** N/A

## Matter:

Rule To Show Cause Hearing To Determine Why The Case Should Not Be Dismissed For Debtor's Failure To Appear at Scheduled Section 341 Meetings and For Failure To Cure Plan Arrears
- No Response Filed [Due 3/28/2018]
R / M #:  40 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): PRO SE
CREDITOR:

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY  /  JURY
   _____ Simple / Pretrial Order - NONJURY  /  JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
 ✓  OTHER: dismiss w/o prejudice

FILED
4/6/18 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge